UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  6:16-CR-60003 |
| | ) | |
| TIMOTHY O'SHIELDS | ) | |

## **ORDER OF DISMISSAL**

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on January 27, 2016, be on the same day hereby dismissed without prejudice.

Entered on this 11th day of April, 2017.

                                                    **/s/ Susan O. Hickey**
                                                  Honorable Susan O. Hickey
                                                  United States District Judge